

MORRISTOWN, NJ • NEW YORK, NY • OCEAN CITY, NJ • PHILADELPHIA, PA
SAN JUAN, PR • TRENTON, NJ • WESTBOROUGH, MA • WILMINGTON, DE

KERRI A. WRIGHT
MEMBER, NJ AND NY BARS
DIRECT DIAL NO.: 973-889-4327
E-MAIL ADDRESS: KAWRIGHT@PBNLAW.COM

April 12, 2023

**VIA ECF**

Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street, Room 1960
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/2023

Re:   *Harman v. Victoria's Secret & Co., et al.*, No. 1:23-cv-01348

Dear Judge Lehrburger:

The parties in the above-referenced matter write to respectfully request that the Court adjourn the Settlement Conference scheduled for May 15, 2023 and the pre-Settlement Conference phone call scheduled for April 25, 2023. The parties anticipate that the Complaint in this matter will soon be voluntarily dismissed. No party has made a previous request for adjournment of the Settlement Conference. The parties do not have another scheduled appearance before the Court other than the initial pretrial conference currently scheduled for May 18, 2023. As indicated, the Complaint will be dismissed prior to that date.

Respectfully submitted,

_s/_Kerri A. Wright_____
Kerri A. Wright
Counsel for Defendants

Based on the parties' representation, the pre-settlement and settlement conference proceedings are adjourned sine die. If the complaint has not been dismissed by May 12, 2023, the parties shall file a status report by that date.

_s/_ D. Maimon Kirschenbaum__
D. Maimon Kirschenbaum
Counsel for Plaintiff

SO ORDERED:
4/12/2023
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

ATTORNEYS AT LAW

7313202

100 SOUTHGATE PARKWAY • POST OFFICE BOX 1997 • MORRISTOWN, NJ 07962-1997
TELEPHONE (973) 538-4006 • FAX (973) 538-5146 • WWW.PBNLAW.COM